IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NOAH MIX**                                                                      **PLAINTIFF**

vs.                              No. 5:21-cv-5102-PKH

**ELKHART PRODUCTS CORPORATION**                                    **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL OF
### PLAINTIFF'S LIABILITY CLAIMS WITH PREJUDICE

Plaintiff Noah Mix and Defendant Elkhart Products Corporation, by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal of Plaintiff's Liability Claims with Prejudice:

1.      Plaintiff brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

2.      After arms-length negotiations in which Plaintiff and Defendant were both represented by counsel, Plaintiff and Defendant reached an agreement that resolves Plaintiff's claims for unpaid wages, leaving open the issue of reasonable attorneys' fees and court costs; Plaintiff and Defendant believe their liability agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3.      The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows claims to be dismissed by stipulation if signed by all parties who have appeared.

4.      The parties hereby stipulate to the dismissal with prejudice of Plaintiff's

unpaid wage claims only, including Plaintiff's claim for liquidated damages.

5.      The parties agree that Plaintiff's counsel is entitled to a reasonable attorney's fee and costs, to be determined by this Court or by agreement following the filing of this Stipulation.

6.      If the Parties do not reach an agreement as to costs and a reasonable fee, Plaintiff will submit a petition for an award of attorneys' fees and costs within 30 days of the filing of this Joint Stipulation.

Respectfully submitted,

**PLAINTIFF NOAH MIX**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT ELKHART PRODUCTS CORP.**

FRIDAY, ELDREDGE & CLARK, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
Telephone: (501) 370-1571

*/s/ Daniel H. Herrington*
Daniel L. Herrington
Ark. Bar No. 95166
herrington@fridayfirm.com