IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NOAH MIX                                                                                          PLAINTIFF

v.                                    NO.  5:21-cv-05102-PKH

ELKHART PRODUCTS CORPORATION                                          DEFENDANT

### CLERK'S ORDER OF DISMISSAL

On this 25th day of April, 2022, the parties hereto having filed a stipulation for dismissal of Plaintiff's liability claims pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's claims be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK


BY:  B. Bell
       Deputy Clerk